NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KEVIN JOHNSON,**
*Petitioner*

v.

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent*

---

2025-1778

---

Petition for review of the Merit Systems Protection Board in Nos. AT-1221-19-0635-W-8, AT-1221-21-0342-W-5, and AT-1221-22-0569-W-3.

---

**ON MOTION**

---

**O R D E R**

Kevin Johnson moves unopposed to further extend, until September 24, 2025, the time to file his opening brief and the joint appendix.

The court notes that, pursuant to Federal Circuit Rule 30(a)(2), "the appellant must serve and file the appendix within seven (7) days after the last reply brief is served and filed." If Mr. Johnson does not file a reply brief, the appendix is due within the time for filing the reply brief. *See id.*

Upon consideration thereof:

IT IS ORDERED THAT:

The motion is granted to the extent that the opening brief is due no later than September 24, 2025. The request for an extension of time as to the appendix is denied as unnecessary.

FOR THE COURT

September 24, 2025
Date

Jarrett B. Perlow
Clerk of Court