NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**KEVIN JOHNSON,**
*Petitioner*

v.

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent*

2025-1778

Petition for review of the Merit Systems Protection Board in Nos. AT-1221-19-0635-W-8, AT-1221-21-0342-W-5, and AT-1221-22-0569-W-3.

**ON MOTION**

**O R D E R**

Kevin Johnson moves unopposed at ECF Nos. 15 and 16, to further extend, until October 10, 2025, the time to file his opening brief and the joint appendix.

As the court previously noted, pursuant to Federal Circuit Rule 30(a)(2), "the appellant must serve and file the appendix within seven (7) days after the last reply brief is served and filed." If Mr. Johnson does not file a reply brief,

the appendix is due within the time for filing the reply brief. *See id.*

Upon consideration thereof:

IT IS ORDERED THAT:

ECF Nos. 15 and 16 are granted to the extent that the opening brief is due no later than October 10, 2025. No further extensions of time for the opening brief should be anticipated. Any request to extend the time to file the appendix is denied as unnecessary.

FOR THE COURT

September 30, 2025
Date

Jarrett B. Perlow
Clerk of Court