NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KEVIN JOHNSON,**
*Petitioner*

v.

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent*

---

2025-1778

---

Petition for review of the Merit Systems Protection Board in Nos. AT-1221-19-0635-W-8, AT-1221-21-0342-W-5, and AT-1221-22-0569-W-3.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Kevin Johnson's motion to further extend, until October 17, 2025, the time to file the opening brief,

IT IS ORDERED THAT:

The motion is granted.  No further extensions of time for the opening brief should be anticipated.

FOR THE COURT

October 15, 2025
Date

Jarrett B. Perlow
Clerk of Court