IN THE UNITED STATES COURT OF APPEALS FOR THE
FEDERAL CIRCUIT

|  |  |
|---|---|
| KEVIN JOHNSON,<br><br>   Petitioner,<br><br>vs.<br><br>DEPARTMENT OF VETERANS AFFAIRS,<br><br>   Respondent. | Case No. 25-1778 |

### PETITIONER'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

Petitioner Kevin Johnson, through counsel, hereby respectfully moves the Court grant a ten-day extension of time to submit the Petitioner's Opening Brief, from December 1, 2025, to December 11, 2025. Prior to filing this Motion, Petitioner's counsel conferred with Respondent, which indicated, through its counsel, that Respondent consents to this motion.

Petitioner's good cause for the extension exists based on Petitioner's need to substitute counsel[1] because of his prior counsel's urgent medical incapacity, which requires him to take immediate medical leave of a currently unknown duration, as well as the upcoming Thanksgiving holiday. While the undersigned counsel and Petitioner's prior counsel are from the same law firm, the undersigned counsel has never worked on Petitioner's matter, which has an extensive record from proceedings below at the U.S. Merit Systems Protection Board.

Petitioner understands that this Court has already granted Petitioner extensions of time, however, Respondent is not prejudiced by this request as it continues to maintain its ability to

---

[1] Petitioner filed a Notice of Substitution of Counsel this same day, November 24, 2025, entering Ms. D'Agostino's appearance on his behalf.

defend itself.

    Accordingly, Petitioner respectfully requests that the Court grant his motion for an extension in which to provide Petitioner's Opening Brief.

                                  Respectfully submitted,

                                  _____
                                  Debra D'Agostino
                                  Federal Practice Group, LLP
                                  801 17th Street, NW, Suite 250
                                  Washington, DC 20006
                                  Tel. No. (202) 862-4360
                                  Fax No. (202) 888-6949
                                  E: ddagostino@fedpractice.com

IN THE UNITED STATES COURT OF APPEALS FOR THE
FEDERAL CIRCUIT

| | |
|---|---|
| **KEVIN JOHNSON,** )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>**DEPARTMENT OF VETERANS AFFAIRS,** )<br>)<br>Respondent. )<br>) | **Case No. 25 -1778** |

## DECLARATION OF DEBRA D'AGOSTINO

1. I am sole counsel for Petitioner Kevin Johnson.

2. I submit this declaration, pursuant to Federal Circuit Rule 26(b), in support of this request for an extension of time to file the Petitioner's brief and appendix.

3. I am substituting as counsel because of prior counsel's urgent medical incapacity, which requires him to take immediate medical leave of a currently unknown duration. While the undersigned counsel and Petitioner's prior counsel are from the same law firm, the undersigned counsel has never worked on Petitioner's matter, which has an extensive record from proceedings below at the U.S. Merit Systems Protection Board.

Executed on November 24, 2025             /s/ Debra D'Agostino
                                          Debra D'Agostino

1

FORM 19. Certificate of Compliance with Type-Volume Limitations    Form 19
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

**Case Number:** 25-1778

**Short Case Caption:** Johnson v. DVA

**Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

☑ the filing has been prepared using a proportionally-spaced typeface and includes __215__ words.

☐ the filing has been prepared using a monospaced typeface and includes _____ lines of text.

☐ the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: 11/24/2025    Signature: /s/

Name: Debra D'Agostino

Save for Filing

FORM 9. Certificate of Interest                                       Form 9 (p. 1)
                                                                       March 2023

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### CERTIFICATE OF INTEREST

**Case Number** 25-1778

**Short Case Caption** Johnson v. DVA

**Filing Party/Entity** Petitioner

---

**Instructions:**

1. Complete each section of the form and select none or N/A if appropriate.

2. Please enter only one item per box; attach additional pages as needed, and check the box to indicate such pages are attached.

3. In answering Sections 2 and 3, be specific as to which represented entities the answers apply; lack of specificity may result in non-compliance.

4. Please do not duplicate entries within Section 5.

5. Counsel must file an amended Certificate of Interest within seven days after any information on this form changes. Fed. Cir. R. 47.4(c).

---

I certify the following information and any attached sheets are accurate and complete to the best of my knowledge.

Date: 11/24/2025            Signature: _____

                            Name: Debra D'Agostino

FORM 9. Certificate of Interest                                Form 9 (p. 2)
                                                                March 2023

| 1. Represented Entities. Fed. Cir. R. 47.4(a)(1). | 2. Real Party in Interest. Fed. Cir. R. 47.4(a)(2). | 3. Parent Corporations and Stockholders. Fed. Cir. R. 47.4(a)(3). |
|---|---|---|
| Provide the full names of all entities represented by undersigned counsel in this case. | Provide the full names of all real parties in interest for the entities. Do not list the real parties if they are the same as the entities.  ☑ None/Not Applicable | Provide the full names of all parent corporations for the entities and all publicly held companies that own 10% or more stock in the entities.  ☑ None/Not Applicable |
| Kevin Johnson | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

☐   Additional pages attached

FORM 9. Certificate of Interest                                    Form 9 (p. 3)
                                                                   March 2023

**4. Legal Representatives.** List all law firms, partners, and associates that (a) appeared for the entities in the originating court or agency or (b) are expected to appear in this court for the entities. Do not include those who have already entered an appearance in this court. Fed. Cir. R. 47.4(a)(4).

☑ None/Not Applicable    ☐ Additional pages attached

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**5. Related Cases.** Other than the originating case(s) for this case, are there related or prior cases that meet the criteria under Fed. Cir. R. 47.5(a)?

☐ Yes (file separate notice; see below)   ☑ No   ☐ N/A (amicus/movant)

If yes, concurrently file a separate Notice of Related Case Information that complies with Fed. Cir. R. 47.5(b). **Please do not duplicate information.** This separate Notice must only be filed with the first Certificate of Interest or, subsequently, if information changes during the pendency of the appeal. Fed. Cir. R. 47.5(b).

**6. Organizational Victims and Bankruptcy Cases**. Provide any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees). Fed. Cir. R. 47.4(a)(6).

☑ None/Not Applicable    ☐ Additional pages attached

|  |  |  |
|---|---|---|
|  |  |  |
|  |  |  |